People of the State of Illinois, Appellant, v. Edwin Williams, Appellee.

Gen. No. 49,915.

First District, Second Division.

February 9, 1965.

Daniel P. Ward, State's Attorney, of Cook County, of Chicago (Elmer C. Kissane and William J. Nellis, Assistant State's Attorneys, of counsel), for appellant; No brief filed for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.